Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERRON PAINTING CO., a California Partnership, et al. <br><br> Defendants. | Case No.  3:20-cv-06513-AGT <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1)(ii), Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. voluntarily dismiss, with prejudice, their claim against Defendants Herron Painting Co., a California Partnership, Herron Painting, Inc., a FTB Suspended California Corporation, Kevin Herron, an individual, as a Qualifying Partner of Defendant Herron Painting Co., and doing Business as Herron Painting, Co., Dora Herron, an individual and as a General Partner of Defendant Herron Painting Co. Defendants have neither served an answer nor moved

//

//

//

//

1  for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against

2  Defendants.

3  DATED: December 16, 2020              SALTZMAN & JOHNSON LAW
                                          CORPORATION
4
                                    By:
5                                           _____/S/_____
                                          Matthew P. Minser
6                                         Attorneys for Plaintiffs, District Council 16
                                          Northern California Health and Welfare Trust Fund,
7                                         et al.

2

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 3:20-cv-06513-AGT**            P:\CLIENTS\PATCL\Herron Painting 2\Pleadings\Herron Req for Dismissal 121620.docx

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of Alameda, State of California. My business address is 1141 Harbor Bay Parkway, Suite 100, Alameda, California 94502.

2. I am over the age of eighteen and not a party to this action.

3. On **December 16, 2020**, I served the following document(s):

## NOTICE OF VOLUNTARY DISMISSAL

on the interested parties in said action by enclosing a true and exact copy of each document in an envelope and depositing the sealed envelope with the United States Postal Service at Portland, Oregon, with the postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> Herron Painting Co., a California Partnership
> Herron Painting, Inc., a FTB Suspended California Corporation
> Kevin Herron, an individual, as a Qualifying Partner of Defendant Herron Painting Co., and doing Business as Herron Painting, Co.,
> Dora Herron, an individual and as a General Partner of Defendant Herron Painting Co.
> 1693 Harmony Way
> Pittsburg, CA 94565

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 16, 2020,** at San Ramon, California

/S/
Nargis Shaghasi
Paralegal

3

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 3:20-cv-06513-AGT**            P:\CLIENTS\PATCL\Herron Painting 2\Pleadings\Herron Req for Dismissal 121620.docx